UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARMEN TAVAREZ-VARGAS, Individually, and On Behalf of All Others Similarly Situated,

        Plaintiff,

-against-

ANNIE'S PUBLISHING, LLC,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/5/2022_

21 Civ. 9862 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' pre-motion letters dated April 26 and May 3, 2022. *See* ECF Nos. 22 and 23. Accordingly:

1. Defendant's request for leave to file a motion to dismiss is GRANTED;
2. By **June 9, 2022**, Defendant shall file its motion to dismiss;
3. By **June 30, 2022**, Plaintiff shall file opposition papers;
4. By **July 14, 2022**, Defendant shall file its reply, if any.

SO ORDERED.

Dated: May 5, 2022
      New York, New York

                                                        ANALISA TORRES
                                              United States District Judge