

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/8/2022

Ekroub@mizrahikroub.com
www.mizrahikroub.com

June 7, 2022

**VIA ECF**

The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Tavarez-Vargas v. Annie's Publishing*; Case No. 1:21-cv-9862 (AT)

Dear Judge Torres:

We represent plaintiff Carmen Tavarez-Vargas ("Plaintiff") in the above-referenced matter and respectfully write in response to the Court's order of January 25, 2022. *See* Docket No.1 3. The parties have been scheduling a mediation and have tentatively scheduled a mediation for June 23, 2022. Plaintiff respectfully requests that the Case Management Conference currently scheduled for June 15, 2022 be adjourned until after the mediation has concluded to give the parties and opportunity to resolve this matter. This is Plaintiff's first request for an adjournment.

Respectfully submitted,
/s/ *Edward Kroub*
Edward Kroub, Esq.

Cc:   All Counsel of Record (via ECF)

GRANTED. The case management conference is ADJOURNED to **July 19, 2022**, at **10:20 a.m.** By **July 12, 2022**, the parties shall submit their joint status report.

SO ORDERED.

Dated: June 8, 2022
       New York, New York

ANALISA TORRES
United States District Judge