USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/5/2022



P: (212) 595-6200 | F: (212) 595-9700
wdownes@mizrahikroub.com
www.mizrahikroub.com

June 30, 2022

**VIA ECF**

The Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

     Re:    *Tavarez-Vargas v. Annie's Publishing LLC.,* <u>Case No. 1:21-cv-9862 (AT)</u>

Dear Judge Torres:

     We represent plaintiff Carmen Tavarez-Vargas ("Plaintiff") in the above-referenced class action. We respectfully write, pursuant to this Court's Individual Practices in Civil Cases Rule 1(C), to request a brief, 7-day extension for Plaintiff's opposition to Defendant's Motion to Dismiss, with a similar extension of time for Defendant to submit any reply to the opposition. *See* Docket No. 30. Plaintiff's opposition was originally due on July 5, 2022. However, Plaintiff's counsel is recovering from a Covid-19 infection and thus requests an extension of the opposition to July 12, 2022. Plaintiff also respectfully requests that Defendant's time to file a reply be likewise extended from July 19, 2022 to July 26. This is Plaintiff's first request for an extension of time to respond to the Motion to Dismiss and is made on consent.

                         Respectfully submitted,
                         /s/ William J. Downes
                         William J. Downes, Esq.

Cc:    All Counsel of Record (via ECF)

GRANTED.

SO ORDERED.

Dated: July 5, 2022
      New York, New York

                              **ANALISA TORRES**
                          **United States District Judge**