UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARMEN TAVAREZ-VARGAS, Individually, and On Behalf of All Others Similarly Situated,

        Plaintiff,

-against-

ANNIE'S PUBLISHING, LLC,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/14/2022_

21 Civ. 9862 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The case management conference scheduled for July 19, 2022, is ADJOURNED *sine die*. The Court shall set a new date for a conference after resolving Defendant's pending motion to dismiss.

    SO ORDERED.

Dated: July 14, 2022
       New York, New York

ANALISA TORRES
United States District Judge