UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x

CARMEN TAVAREZ-VARGAS, Individually, and On Behalf of All Others Similarly Situated,

          Plaintiff,

vs.

ANNIE'S PUBLISHING, LLC.

          Defendant.

---------------------------------------x

Civil Action No.: 1:21-cv-09862 (AT)

## NOTICE OF MOTION FOR RECONSIDERATION

PLEASE TAKE NOTICE that pursuant to Local Rule 6.3 and Rule 59(e) of the Federal Rules of Civil Procedure, and upon the accompanying Memorandum of Law in Support, Plaintiff shall seek an order that the Court reconsider its decision on Defendant's motion to dismiss.

DATED:  March 28, 2023         **MIZRAHI KROUB LLP**
         New York, New York

                                          /s/ Edward Y. Kroub
                                          EDWARD Y. KROUB

EDWARD Y. KROUB
225 Broadway, 39th Floor
New York, NY  10007
Telephone:  212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Edward Y. Kroub, counsel or plaintiff Carmen Tavarez-Vargas hereby certify that on 28th of March 2023, I caused to be served and filed with the Clerk of the Court using the CM/ECF system which will send notification to all attorneys on record: (1) Notice of Motion for

Reconsideration; (2) the Memorandum of Law in Support; and (3) the Declaration of Edward Y. Kroub and Exhibits thereto.

DATED:  March 28, 2023 **MIZRAHI KROUB LLP**
New York, New York

/s/ Edward Y. Kroub
EDWARD Y. KROUB