UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARMEN TAVAREZ-VARGAS, Individually, and On Behalf of All Others Similarly Situated,

        Plaintiff,

-against-

ANNIE'S PUBLISHING, LLC,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/29/2023

21 Civ. 9862 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On March 28, 2023, Plaintiff filed a motion for reconsideration of the Court's order granting Defendant's motion to dismiss, ECF No. 53. *See* ECF Nos. 54–56. Accordingly, by **April 19, 2023**, Defendant shall file its opposition. By **May 3, 2023**, Plaintiff shall file her reply, if any.

SO ORDERED.

Dated: March 29, 2023
      New York, New York

                                            ANALISA TORRES
                                   United States District Judge